UNITED STATES DISTRICT COURT
DISTRICT of South CAROLINA

Jonathan Lee Riches; Christopher Furnari, and all others similarly situated,
Plaintiffs
V.

Vincent J. Fumo; John E. Boyle,
Defendants

Class Action Suit Pursvant to Fed R Civ P 20 & 23
42 USC 1983 / Preliminary Injunction / TRO

Plaintiffs 6th amendment rights are violated by defendants under Booker and FanFan. Federal sentencing guidelines is unconstitutional, Defendants are the founding fathers of the guidelines. Defendants took parole away. Defendants subject Plaintiffs to over crowding at Fci williamsburg. Plaintiffs seek a preliminary Injunction / TRO

Jonathan Lee Riches
Christopher Furnari
P.O Box 340
Salters S.C. 29590
843-387-9400

Respectfully

RECEIVED CLERK'S OFFICE
2008 JAN 28 A 9: 41
US DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON